**CAMPBELL, Movant, v. HOLLIDAY'S ADMINISTRATOR, Opposed.**

Court of Appeals of Kentucky.

(Decided Oct. 16, 1936.)

NAPIER & EBLEN for movant.

CRAFT & STANFILL, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

**HIGGASON et al., Movants, v. CURD, Opposed.**

Court of Appeals of Kentucky.

(Decided Oct. 20, 1936.)

WILSON & VINCENT and MILLIKEN & MILLIKEN for movants.

BAIRD & GARNETT, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

**SCHULTE'S ADM'R et al., Movants, v. SCHULTE'S ADM'R, Opposed.**

Court of Appeals of Kentucky.

(Decided Oct. 20, 1936.)

R. L. MYRE and T. N. HAZELIP for movants.

BEN S. ADAMS and EATON & BOYD, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.